AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | NORTH CAROLINA |

UNITED STATES OF AMERICA

V.

RANDY EDWARD CHAMBERS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:09-CR-253-4F

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| JAMES C. FOX | Senior USDJ |
| Name of Judge | Title of Judge |

6/17/2010
Date